TIMOTHY G. YEUNG (SBN 186170)
KERRY R. O'DONNELL  (257872 )
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104-1304
Telephone:  (415) 678-3800
Facsimile:  (415) 678-3838

Attorneys for Defendant
CTTY OF OAKLAND

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA TAYLOR JOHNSON,<br><br>                                        Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND,<br><br>                                        Defendant. | **Case No.: C09-05157**<br><br>**JOINT STIPULATION AND  ORDER FOR DISMISSAL OF PLAINTIFF'S SIXTH CLAIM FOR RELIEF (BREACH OF EXPRESS CONTRACT) AND SEVENTH CAUSEOF ACTION (BREACH OF IMPLIED-IN-FACT CONTRACT)** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, by and through their attorneys of record do hereby agree and stipulate that:

(1) Pursuant to meet-and-confer efforts between the parties, Plaintiff Debra Taylor Johnson shall, and hereby does, dismiss the following claims in her Amended Complaint for Damages and Injunctive Relief, filed December 7, 2009:  Sixth Claim for Relief (Breach of Express Contract) and Seventh Cause of Action (Breach of Implied-In-Fact Contract).[1]  Defendant City of Oakland will not be required to respond to these claims in its responsive pleading;

---

[1] The first six claims in the Amended Complaint were captioned as "Claim for Relief," while the last claim was inadvertently captioned as "Cause of Action."  The difference in captions is immaterial, but is noted for purposes of clarity.

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S SIXTH CLAIM FOR RELIEF (BREACH OF EXPRESS CONTRACT) AND SEVENTH CAUSEOF ACTION (BREACH OF IMPLIED-IN-FACT CONTRACT) – CASE NO.: C09-05157

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

1  (2) The parties agree that no adverse inferences shall be drawn from the withdrawal of these

2 claims.

3  **IT IS SO STIPULATED.**

4 Dated: January 14, 2010                    LAW OFFICES OF SHEILA THOMAS

5

6                                        By:_____

7                                            Sheila Y. Thomas
                                             Attorneys for Plaintiff
8

9 Dated:  January 14, 2010                   RENNE SLOAN HOLTZMAN SAKAI LLP

10

11                                       By:_____

12                                           Timothy G. Yeung
                                             Attorneys for City of Oakland
13

14

15                             <u>**ORDER**</u>

16

17 Pursuant to the above Stipulation, Plaintiff's <u>Sixth Claim for Relief</u> (Breach of Express Contract) and

18 <u>Seventh Cause of Action</u> (Breach of Implied-In-Fact Contract) are hereby dismissed.  The parties shall

19 bear their own costs and fees with respect to these claims.  No adverse inference shall be drawn from the

20 withdrawal/dismissal of these claims.

21 Dated:  1/15/10 _____        _____

22                                           Hon. Saundra Brown Armstrong

23

24

25

26

27

28

2