*E-Filed 8/11/10*

NIKKI HALL (SBN 184233)
TERESA L. STRICKER (SBN 160601)
KERRY R. O'DONNELL (SBN 257872)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104-1304
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838

Attorneys for Defendant
CTTY OF OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA TAYLOR JOHNSON,

                Plaintiff,

vs.

CITY OF OAKLAND,

                Defendant.

**Case No.: C09-05157**

**JOINT STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION BRIEFING SCHEDULE**

      This Stipulation is made between Plaintiff Debra Taylor Johnson ("Taylor Johnson" or "Plaintiff") and Defendant City of Oakland ("City" or "Defendant"), by and through their respective counsel of record, with respect to the following facts:

      WHEREAS, the deadline for filing and hearing dispositive motions was inadvertently excluded from the Court's Case Management Scheduling Order, dated April 5, 2010; and

      WHEREAS, when the parties brought this matter to the Court's attention, the clerk instructed the parties to meet and confer on the matter and agree to a hearing and briefing schedule for dispositive motions; and

//
//
//
//

1

JOINT STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION BRIEIFNG SCHEDULE – CASE NO.: C09-05157

WHEREAS, the parties have conferred on this issue and have stipulated to the following hearing and briefing schedule for dispositive motions, and hereby request the Court's approval of this stipulation:

The hearing on dispositive motions will be set for **January 6 or January 13, 2011** (depending upon the Court's preference)

The briefing schedule will be set as follows:

- The moving papers will be due no later than **November 19, 2010**.
- The opposition papers will be due no later than **December 9, 2010**.
- The reply papers will be due **December 16, 2010**.

WHEREAS, the parties believe this proposal is appropriate for the following reasons. First, it ensures that the parties' moving papers will not be due before the close of discovery, which is set for November 11, 2010. Second, it ensures that neither party will be required to file their oppositions or reply papers, or appear at the hearing, during the holidays;

WHEREAS, for the foregoing reasons, the parties respectfully request that the Court approve the above stipulation and issue an order setting the briefing and hearing schedule.

**IT IS SO STIPULATED.**

Dated: August 11, 2010                    LAW OFFICES OF SHEILA THOMAS


By:_____/S/_____
    Sheila Y. Thomas
    Attorneys for Plaintiff


Dated: August 10, 2010                    RENNE SLOAN HOLTZMAN SAKAI LLP


By:_____
    Nikki Hall
    Attorneys for City of Oakland

## **ORDER**

Pursuant to the above Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter for dispositive motions shall occur on January __6__, ~~2010~~ 2011 at __1:30__ ~~a.m~~/p.m.  The parties shall file any dispositive motions no later than November 19, 2010.  The parties shall file any oppositions no later than December 9, 2010.  Any reply papers shall be filed no later than December 16, 2010.

Dated: 8/11/10

_____
Hon. Richard Seeborg
United States District Judge