SHEILA Y. THOMAS (SB No. 161403)
Law Offices of Sheila Thomas
5260 Proctor Avenue
Oakland, CA 94618
Telephone: (510) 339-3739
Facsimile:  (510) 339-3723
sheilayt@sbcglobal.net

Attorney for Plaintiff
Debra Taylor Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA TAYLOR JOHNSON,           )      Case No.  C09-05157 RS (EDL)
                                )
          Plaintiff,            )
                                )
v.                              )      **STIPULATION BETWEEN THE**
                                )      **PARTIES TO PERMIT CONTINUED**
CITY OF OAKLAND, CA,            )      **DEPOSITIONS OF HOWARD JORDAN**
                                )      **AND DEBRA TAYLOR JOHNSON**
          Defendant.            )      **AFTER DISCOVERY CUTOFF**
                                )       AND ORDER THEREON
                                )
                                )
_____)

        Whereas, Assistant Chief of the Oakland Police Department, Howard Jordan, was deposed by Plaintiff on October 26, 2010;

        Whereas, following the deposition of Assistant Chief Jordan, and while searching for documents responsive to Plaintiff's Third Request for Production of Documents, Defendant located additional documents which were produced to Plaintiff on October 29, 2010;

        Whereas, upon receipt of these documents, Plaintiff requested further deposition time with Assistant Chief Jordan;

        Whereas, Defendant City of Oakland has agreed to permit Plaintiff an opportunity to further depose Assistant Chief Jordan to ask questions related to the additional documents produced, within the time limit remaining for his deposition under Fed Rule of Civ. Proc. 30(d);

        Whereas, Assistant Chief  Jordan is not available for deposition prior to the discovery

**STIPULATION**

1

cut-off date of November 11, 2010 on a date when Plaintiff's counsel is also available;

Whereas, Defendant offered the following dates for the continued deposition of Assistant Chief Jordan: November 11, 15 and 18, 2010;

Whereas, the parties have agreed to schedule Assistant Chief. Jordan's deposition for November 15, 2010 beginning at 2:00 p.m.;

FURTHERMORE,

Whereas, on November 8, 2010, Judge Laporte granted Defendant's Motion to Compel further deposition testimony from Plaintiff for a further three and a half hours of testimony; and

Whereas, the parties have agreed to schedule Ms. Johnson's deposition for November 15, 2010 beginning at 8:30 a.m.;

The parties, Plaintiff Debra Taylor Johnson and Defendant City of Oakland, therefore, acting through their respective counsel, hereby stipulate that Plaintiff may continue the deposition of Howard Jordan on November 15, 2010 and that Defendant may continue the deposition of Debra Taylor Johnson on November 15, 2010.

**IT IS SO STIPULATED.**

Dated: November 8, 2010                    RENNE SLOAN HOLTZMAN SAKAI LLP

                                           By:        /S/
                                                  Steven Shaw
                                           Attorneys for Defendant City of Oakland


Dated: November 8, 2010                    LAW OFFICES OF SHEILA THOMAS

                                           By:        /S/
                                                  Sheila Y. Thomas
                                           Attorney for Plaintiff Debra Taylor Johnson

**STIPULATION**

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

   DATED:  November 10, 2010         _____
4                                     ELIZABETH LAPORTE
                                      UNITED STATES DISTRICT COURT
5                                     MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**